

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 20, 2026

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re:     *United States v. William Antonio Solis*, 26 Cr. 149 (LTS)

Dear Chief Judge Swain:

The Government writes on behalf of both parties to respectfully request that the Court schedule an initial pretrial conference in this matter for June 9, 2026, at 2:30 pm, a date and time which the parties understand works for the Court.

In addition, the Government respectfully requests that the time between June 3, 2026, and June 9, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendant was presented and arraigned earlier today before Magistrate Judge Lehrburger, who excluded time through a control date of June 3. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to begin to assemble and produce discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Dominic A. Gentile
Joseph H. Rosenberg
Assistant United States Attorney
Southern District of New York
(212) 637-2567/-2326

cc (by ECF):   Esere J. Onaodowan, Esq.

The foregoing request is granted. A pretrial conference is hereby scheduled in this matter in Courtroom 17C on **June 9, 2026 at 2:30 pm**. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through June 9, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 9 resolved.

SO ORDERED.
5/21/2026
/s/ Laura Taylor Swain, Chief USDJ