**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 15, 2026

**MEMO ENDORSED**

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. William Antonio Solis*, 26 Cr. 149 (LTS)**

Dear Chief Judge Swain:

Following consultation with your Honor's chambers regarding a scheduling conflict, the Government writes on behalf of both parties to respectfully request that the Court adjourn the next conference in this case, which is currently scheduled for September 9, 2026, to September 28, 2026, at 2:30 p.m. In addition, the Government respectfully requests that the time between September 9, 2026, and September 28, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to continue reviewing discovery and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that she consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________
Dominic A. Gentile
Joseph H. Rosenberg
Assistant United States Attorneys

The foregoing request is granted. The pretrial conference scheduled in this matter is hereby adjourned from September 9, 2026 to **September 28, 2026 at 2:30 pm**. The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through September 28, 2026, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE 19 resolved.

SO ORDERED.
7/16/2026
/s/ Laura Taylor Swain, Chief USDJ